IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

| | |
|---|---|
| AMANDA NELSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 12 CV 1419-JAR-JOP |
| ) | |
| JOSE ACOSTA-CORREALES and ) | |
| DEANGELO BROTHERS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER AUTHORIZING INSPECTION AND REPRODUCTION OF RECORDS,
INCLUDING PROTECTED HEALTH INFORMATION
PURSUANT TO STATE AND FEDERAL LAW (HIPAA), AND
<u>NOTIFICATION OF WAIVER OF PHYSICIAN-PATIENT PRIVILEGE</u>**

TO: All Hospitals, Clinics, Pharmacies, Physicians, Social Workers, Psychologists, Psychiatrists, Therapists, Medical Institutions, Health Care Providers, Governmental Agencies (State and Federal); Insurance Companies, and Employers Past and Present.

NOW on this 27th day of March, 2013, this matter comes before the Court on the application of the parties for an order authorizing those referenced above to produce for inspection and reproduction any and all records, documents, or other information within their custody and/or control pertaining to Christopher Scott Hays (deceased). Plaintiff Larinda Hays, Individually and as Surviving Spouse of Christopher Scott Hays, Deceased, appears by and through her attorney, Norman Kelly of Norton, Wasserman, Jones & Kelly, L.L.C. Plaintiff, Amanda Nelson, as Parent, Natural Guardian and Next Friend of C.I.S., a Minor, Heir-at-Law of Christopher Scott Hays, deceased, appears by and through his attorney, Stephen L. Brave, of the Brave Law Firm, L.L.C.. Defendants, Jose T. Acosta-Corrales and DeAngelo Brothers, Inc., appears by and through it's attorney Eldon L.

Boisseau, of the The Law Offices of Eldon L. Boisseau, L.L.C.

WHEREUPON, being adequately advised, the Court hereby finds and orders:

You are hereby authorized (but not required) pursuant to the laws of Kansas and applicable federal law, including but not limited to the Health Insurance Portability and Accountability Act (HIPAA), to make available for inspection and reproduction by the parties and their counsel denominated in this lawsuit any and all records, documents, and other information of any type or nature whatsoever, including any and all protected health information, within your care, custody, or control, concerning **Christopher Scott Hays,** whose **date of Birth** (year) is **1971,** and whose **Social Security Number** (last four digits) is **2740.**

It is noted specifically that this Order is intended to allow the disclosure of all information regarding diagnosis and treatment of mental and emotional conditions, as well the diagnosis and treatment of alcohol and drug dependency, and that the plaintiff has made a full and knowing waiver of all statutory privileges provided with regard to the disclosure of such information.

This Court finds the disclosure of the records, documents, and other information subject to this Order is necessary to this proceeding because the condition of the decedent is an element or factor of the plaintiffs' claim. Unless specifically excluded by this Order, ALL records, documents, or other information, including protected health information, in your possession regarding the person noted above may be produced for inspection and reproduction. Such production may be requested by any attorney of record herein as set forth below, and clerical fees and expenses as permitted under K.S.A. 65-4971 shall be paid by the attorney requesting the same.

This Order shall be effective throughout the pendency of this action.

Dated this 27th day of March, 2013.

s/James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge